**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**TODD ANDREW STRATTON,**

        **Plaintiff,**

-vs-                                      Case No. 6:08-cv-1490-Orl-31KRS

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**
_____

## ORDER

This cause comes before the Court on Complaint filed to Review Decision of the Commissioner of Social Security (Doc. No. 1) filed August 29, 2008.

The United States Magistrate Judge has submitted a report recommending that the decision of the Commissioner of Social Security be affirmed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court concurs with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 3, 2010 (Doc. No. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The decision of the Social Security Commissioner is affirmed.

3. The Clerk is directed to enter Judgment in favor of the Defendant Commissioner of the Social Security Administration and close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 23rd day of February, 2010.

Copies furnished to:
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE